**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                     Government,

   -against-

WILSON TORIBIO,
                     Defendant.
------------------------------------------------------------X

11 CR. 1012 (RMB)

**ORDER**

      The Court will hold a telephone status conference on Thursday, July 2, 2020 at 10:30 AM.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 1012

Dated: June 18, 2020
       New York, NY

                                     _____
                                        RICHARD M. BERMAN
                                             U.S.D.J.